**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Michael Wilson, | ) | CV 11-00546-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| GMAC Mortgage LLC; Homecomings Financial LLC, | ) | |
| Defendants. | ) | |

The court has before it the parties' stipulation to dismiss the defendants' counterclaims without prejudice pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. (doc. 59).

The parties having stipulated, **IT IS ORDERED DISMISSING** GMAC Mortgage and Homecomings Financial's counterclaims without prejudice (doc. 59).

DATED this 20th day of December, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge